IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EARLE E. BRAMHALL,<br><br>Plaintiff,<br><br>v.<br><br>CYPRUS CREDIT UNION, INC., et al.,<br><br>Defendants. | **ORDER DISMISSING CLAIMS AGAINST DEFENDANTS CHRISTINA P. ORTEGA, GREGORY N. FERBRACHE, AND JARED N. PARRISH WITHOUT PREJUDICE**<br><br>Case No.: 2:19-cv-00477-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

On March 16, 2020, the court ordered Plaintiff Earle E. Bramhall to show cause why Defendants Christina P. Ortega, Gregory N. Ferbrache, and Jared N. Parrish should not be dismissed for failure to effect service of process.[1] The court alerted Bramhall the Complaint "was not properly served" on these defendants.[2] After providing Federal Rule of Civil Procedure 4(e), the court notified Bramhall that his "attempt to serve these defendants by leaving a copy of the summons and Complaint at the Salt Lake County Clerk's Office was improper because it was not an approved method of service pursuant to Rule 4(e)."[3]

In response, Bramhall asserted that his service to Defendants Ortega, Ferbrache, and Parrish was proper by reiterating that he had served each defendant "by serving the receptionist for the Salt Lake District Attorney's Office."[4] Delivering a copy of the summons and of the complaint to an individual's workplace is not a proper way to effect service under Rule 4(e).[5]

---

[1] Dkt. 43 at 3–4.

[2] *Id.* at 3.

[3] *Id.*

[4] Dkt. 45.

[5] *See* Fed. R. Civ. P. 4(e).

1

Moreover, Bramhall's response does not demonstrate his service for Defendants Ortega, Ferbrache, or Parrish complied with Rule 4(e)(2)(C), allowing service to be made by "delivering a copy of [the summons and of the complaint] to an agent authorized by appointment or by law to receive service of process."[6]  Having received no sufficient response to cure Bramhall's failure to serve Defendants Ortega, Ferbrache, and Parrish, the court dismisses Bramhall's claims against them without prejudice.

SO ORDERED this 23rd day of September 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[6] *See* Dkt. 45; Fed. R. Civ. P. 4(e)(2)(C).